IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


**DOMINIC VARRECCHIO,**

    Plaintiff,

vs.                                               CASE NO. 5:08CV83-RS/AK

**HORIZON SOUTH HOMEOWNERS
ASSOCIATION, INC., et al,**

    Defendants.

_____/

**O R D E R**

    Defendants Horizon South Homeowners Assoc., Inc., and Horizon South Condominium Assoc., Inc., have moved to compel responses to interrogatories and requests for production of documents served on August 11, 2008.  (Doc. 16). Defendants also assert that Plaintiff has not signed and returned a release form so that his medical records can be obtained.  Plaintiff has also not responded to Defendant's motion to compel.

    Plaintiff's failure to file timely objections to Defendants' request for production of documents constitutes a waiver of the objections, and Plaintiff must provide all requested documents which are within his possession, custody or control within the

meaning of Fed. R. Civ. P. 34(a).  <u>Peat, Marwick, Mitchell & Co. v. West</u>, 748 F.2d 540 (10 Cir. 1984), pet. for cert. dism. 469 U.S. 1199 (1985); <u>Perry v. Golub</u>, 74 F.R.D. 360, 363 (N.D. Ala. 1976).  Further, Plaintiff's failure to respond timely to Defendant's interrogatories constitutes a waiver of any objections to those interrogatories, and he must answer them fully.  Fed. R. Civ. P. R. 33(b)(4).

Plaintiff is warned that if she continues to fail to cooperate in discovery, the Court may enter such orders as it deems necessary and just, pursuant to Fed. R. Civ. P. R. 37, which includes dismissing his cause of action.

Accordingly, it is

**ORDERED:**

Defendants' Motion to Compel Discovery (doc. 16) is **GRANTED** and Plaintiff shall respond *without objection* to the interrogatories and requests for production of documents on or before **October 31, 2008.**

**DONE AND ORDERED** this 20th day of October, 2008.

  s/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 5:08cv83-RS/AK**