IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DOMINIC N. VARRECCHIO,**

    Plaintiff,
v.                                                     **CASE NO. 5:08-cv-083-RS/AK**

**HORIZON SOUTH, et al,**

    Defendants.
_____/

**O R D E R**

      Defendants move under Rule 60(a), Federal Rules of Civil Procedure, to correct an oversight by the Court in ordering a redaction of the complaint to include references to the stricken claims in Count IV that are made in the Prayer for Relief at pp. 9 and 10. (Doc. 22). Defendants are correct that the language referenced in their motion and included in the redacted complaint (doc. 21) should be redacted as well, and therefore, Defendants' Motion for Relief (doc. 22) is **GRANTED**, and the Clerk shall re-file as the Second Amended Complaint the pleading which also redacts from the Prayer for Relief at p. 9 the language "and by legal extension their liability insurers be served with this petition" and all of paragraph 2 of the relief found on page 10. No response will be required by the Defendants to the second amended complaint.

      **DONE AND ORDERED** this _8th_ day of January, 2009.

                                              _s/ A. KORNBLUM_
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**