IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DOMINIC N. VARRECCHIO,**

    Plaintiff,

vs.                                      CASE NO. 5:08CV0830RS/AK

**HORIZON SOUTH HOMEOWNERS
ASSOCIATION, INC., et al,**

    Defendants.

_____/

## ORDER OF PARTIAL DISMISSAL

Defendant/Cross-Plaintiff Coldwell Banker Residential Real Estate, LLC, has filed a Notice of Voluntary Dismissal of its Amended Cross-Claim and Third-Party Complaint (doc. 44). (Doc. 54). Consequently, the Amended Cross-Claim and Third-Party Complains is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** this **26th** day of June, 2009.

                                                 *s/ A. KORNBLUM*
                                                 **ALLAN KORNBLUM**
                                                 **UNITED STATES MAGISTRATE JUDGE**